EASTERN DIS.
*April,* 1833.

CONAND ET AL.
*vs.*
COBBS.

the defendants; but this claim of privilege does not appear to have been supported on the trial of the cause.

It is, therefore, ordered, adjudged, and decreed, that the judgment of the Parish Court be affirmed with costs.

*Peirce,* for appellants.

*L. C. Duncan,* for appellees.

---

### CONAND ET AL. *vs.* COBBS.

APPEAL FROM THE COURT OF THE SECOND DISTRICT, THE JUDGE THEREOF PRESIDING.

An order of appeal granted on the 14th of April, cannot, under any circumstances, be properly made returnable at the November term.

The facts are stated in the opinion of the court, delivered by MARTIN, J.

The plaintiffs appellees claim the dismissal of the appeal, on the ground of its having been made returnable at too late a day. It was granted on the 14th April, and made returnable at November term. One of the appellees resides in the parish of Ascension, where the judgment was rendered and the appeal prayed; the other in that of St. James. The *Code of Practice* requires the appellee to be cited at the *next* term, or at the subsequent, if a sufficient number of days do not intervene. *Art.* 583. The delay is of ten days, if the appellee reside within ten miles from the place where this court sets; if further, he is to have one day more for every ten miles; circumstances might have rendered the first Monday of May too early a day; but we are unable to say, that any could authorise the pretermission of June and July terms.

An order of appeal granted on the 14th of April, cannot, under any circumstances, be properly made returnable at the November term.

The appeal, is, therefore, dismissed with costs.

*Nicholls,* for appellants.

*Deblieux,* for appellee.